People v Nicholas J.G.
2026 NY Slip Op 03598
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
NICHOLAS J.G., DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
523 KA 25-00924
Present: Whalen, P.J., Curran, Ogden, Greenwood, And Hannah, JJ.

ANDREW D. CORREIA, PUBLIC DEFENDER, LYONS (KIMBERLY F. DUGUAY OF COUNSEL), FOR DEFENDANT-APPELLANT.
CHRISTINE K. CALLANAN, DISTRICT ATTORNEY, LYONS (CATHERINE A. MENIKOTZ OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Wayne County Court (Richard M. Healy, J.), rendered October 23, 2024. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court